### RAWSON cont<sup>a</sup> LILLEY

m<sup>r</sup> Edw<sup>d</sup> Rawson plaint. cont<sup>a</sup> Edw<sup>d</sup> Lilley Defend<sup>t</sup> for Jmprisoning Robert Cooke his Servant being deliu<sup>rd</sup> him by Execution levied on s<sup>d</sup> Cookes person for Eighteen pounds [ 629 ] Eight Shillings four pence money &c<sup>a</sup> according to attachm<sup>t</sup>. . . . The Jury . . . found for the plaint. that the Defend<sup>t</sup> do deliver him his Servant Robert

Cooke, or pay him Eighteen pounds eight Shillings four pence money and costs of Court granted twenty Seven Shillings six pence.

Execution issued for costs. 7º feb^r 1679.